UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DENNIS JOHNSON,

        Plaintiff,

Case Number: 11-10945

MAGISTRATE JUDGE CHARLES E. BINDER

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

In accordance with the order granting Defendant's motion for summary judgment entered on this date, it is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

        s/ *Charles E Binder*
        CHARLES E. BINDER

Dated: July 18, 2012        United States Magistrate Judge

## CERTIFICATION

I hereby certify that this Judgment was electronically filed this date, and electronically served on Thomas Bertino and Vanessa Mays.

Date: July 18, 2012        By   s/*Jean L. Broucek*
        Case Manager to Magistrate Judge Binder